UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SALLY S. NEUMANN,

                                  Plaintiff,

                -against-                                    CV 12-5827 (JS)(ARL)

WYANDANCH UNION FREE SCHOOL DISTRICT,

                                  Defendant.
----------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      Before the court is plaintiff's letter application dated August 20, 2014 seeking (i) to compel defendant to comply with plaintiff's first set of interrogatories and document demands by August 24, 2014; and (ii) to direct the appearance of Yvonne Robinson and Shirley Baker for their depositions on September 15, 2014 and September 17, 2014 respectively. Defendant opposes the application, requests leave to file its response under seal for personal medical reasons, and for the reasons outlined in defense counsel's letter requests a two-month extension of the discovery schedule.

      Defendant represents that the deposition of Shirley Baker has been scheduled and that Yvonne Robinson needs some time to re-arrange her business schedule with clients in order to determine her availability. Defense counsel is directed to meet and confer with plaintiff's counsel to schedule Ms. Robinson's deposition by October 14, 2014. With respect to the outstanding discovery requests, defendant is directed to comply with the first set of interrogatories and document demands by September 30, 2014. Defendant's request for an extension of the discovery schedule is granted and the scheduling order is modified as follows: all discovery, inclusive of expert discovery, is to be concluded by December 12, 2014. Any party planning on making a dispositive motion must take the first step in the motion process by December 29, 2014. The final conference scheduled for November 4, 2014 is adjourned to January 12, 2015 at 11:00 a.m. The parties are to electronically file a joint proposed pretrial order in compliance with the district judge's individual rules, signed by counsel for each party, prior to the conference. Given the length and number of previous extensions, no further extensions will be granted.

Dated:  Central Islip, New York                                 **SO ORDERED:**
         August 28, 2014

                                                                      _____/s/_____
                                                                  ARLENE R. LINDSAY
                                                                  United States Magistrate Judge